## Willie B. ALEXANDER v. STATE.

No. 27016.

Court of Criminal Appeals of Texas.

May 5, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, Ewing Werlein, Dist. Atty., and King C. Haynie, Asst. Dist. Atty., Houston, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of robbery, and his punishment was assessed at confinement in the penitentiary for a term of five years.

Appellant has filed his motion stating under oath that he desires to dismiss his appeal.

The motion is granted and the appeal is dismissed.

Opinion approved by the Court.